IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JOSEPH WAYNE LANGDON                                                           PLAINTIFF

V.                          NO. 3:12CV00058 JTR

CAROLYN W. COLVIN,
Acting Commissioner,
Social Security Administration                                                 DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order filed this date, judgment is entered in favor of Defendant, dismissing this case, with prejudice.

DATED this 29th day of April, 2013.

_____
UNITED STATES MAGISTRATE JUDGE